IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARRIE FAY DRAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-699-WKW |
| | ) |
| ELMORE COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered on January 10, 2025. (Doc. # 7.) There being no timely objections filed to the Recommendation, and after an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE this 4th day of February, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE